

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2024

04-24-00140-CR

**IN RE** Bryant **KENDRICK**

Original Proceeding[1]

### ORDER

On February 26, 2024, relator filed a petition for a writ of mandamus. On March 13, Relator filed a motion notifying this court that it does not have jurisdiction over his mandamus petition. After considering the petition and the motion, this court concludes it does not have jurisdiction. Accordingly, relator's petition for writ of mandamus is **DISMISSED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on March 27, 2024.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2024.

_____
Tommy Stolhandske, Clerk of Court

---

[1] This proceeding arises out of Cause No. 218-07-12941-CR01, pending in the 454th Judicial District Court, Medina County, Texas, the Honorable Daniel Kindred presiding.